**Santos Anibal Ramirez PORTILLO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70375.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed July 29, 2014.

Jonathan Myles Kaufman, Esquire, San Francisco, CA, for Petitioner.

Oil, Shahrzad Baghai, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Santos Anibal Ramirez Portillo, a native and citizen of El Salvador, petitions for

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for protection under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

In his Notice of Appeal, among other things, Ramirez Portillo argued the evidence did not support the IJ's finding that Ramirez Portillo conceded he was subject to removal as charged. In denying his appeal, the BIA erred by not addressing this argument. *See Sagaydak v. Gonzales,* 405 F.3d 1035, 1040 (9th Cir.2005) (the BIA is "not free to ignore arguments raised by a petitioner"). Thus, we grant the petition for review and remand the case for further proceedings consistent with this disposition. *See INS v. Ventura,* 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam). In light of this remand, we do not reach Ramirez Portillo's remaining contentions at this time.

**PETITION FOR REVIEW GRANTED; REMANDED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.